UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ENRIQUEZ, AN INDIVIDUAL, MARTHA A. ENRIQUEZ, AN INDIVIDUAL,<br><br>          Plaintiff,<br><br>     v.<br><br>BRIDGEFIELD MORTGAGE CORPORATION, A DELAWARE CORPORATION, F/K/A RESMAE MORTGAGE CORPORATION, CITADEL INVESTMENT GROUP, L.L.C. A DELAWARE LIMITED LIABILITY COMPANY D.B.A. RMC MORTGAGE HOLDINGS, JLM CORPORATION, A CALIFORNIA CORPORATION, AND DOES 1-10, INCLUSIVE,<br><br>          Defendants. | Case No. CV 10-01980 VAP(DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE, as to Defendants Bridgefield Mortgage Corporation and Citadel Investment Group, LLC.  The Court orders that such judgment be entered.

Dated: May 24, 2010

_____
VIRGINIA A. PHILLIPS
United States District Judge