**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   LACV 10-01980-VAP (DTBx)                               Date: January 27, 2011

Title:   JOSE ENRIQUEZ, et al. -v- BRIDGEFIELD MORTGAGE CORPORATION, et al.
==============================================================
PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

|   Marva Dillard | None Present |
|   Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR                     ATTORNEYS PRESENT FOR
PLAINTIFFS:                                            DEFENDANTS:

   None                                                            None

PROCEEDINGS:   ORDER TO SHOW CAUSE (IN CHAMBERS)

   Plaintiffs Jose Enriquez and Martha A. Enriquez (collectively, "Plaintiffs") filed a complaint ("Complaint") on March 18, 2010. (Doc. No. 1.) On May 24, 2010, the Court dismissed the Complaint as to Defendants Bridgefield Mortgage Corporation and Citadel Investment Group, LLC. (Doc. No. 14.) The only remaining Defendant in this action is JLM Corporation ("JLM"). On July 6, 2010, Plaintiffs filed an amended proof of service as to JLM. (Doc. No. 21.) Since then, Plaintiffs have not requested that the Clerk enter default against JLM. Accordingly, the Court orders Plaintiffs to show cause, in writing, no later than February 9, 2011, why this case should not be dismissed for failure to prosecute. Plaintiffs may respond to this Order by filing a request for the Clerk to enter Default no later than February 9, 2011.

   **IT IS SO ORDERED.**

MINUTES FORM 11                                                       Initials of Deputy Clerk <u>md</u>
CIVIL -- GEN                          Page 1