**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ENRIQUEZ, AN INDIVIDUAL, MARTHA A. ENRIQUEZ, AN INDIVIDUAL,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>BRIDGEFIELD MORTGAGE CORPORATION, A DELAWARE CORPORATION, F/K/A RESMAE MORTGAGE CORPORATION, CITADEL INVESTMENT GROUP, L.L.C. A DELAWARE LIMITED LIABILITY COMPANY D.B.A. RMC MORTGAGE HOLDINGS, JLM CORPORATION, A CALIFORNIA CORPORATION, AND DOES 1-10, INCLUSIVE,<br><br>　　　　　　Defendants. | Case No. CV 10-01980 VAP(DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: February 14, 2011　　　　　_/s/ Virginia A. Phillips_
　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　United States District Judge